## Thacher cont<sup>a</sup> Thacher

Margaret Thacher Adm<sup>x</sup> to the Estate of m<sup>r</sup> Thomas Thacher late of Boston dece<sup>d</sup> plaint. cont<sup>a</sup> Ralph Thacher and Peter Thacher or either of them Defend<sup>ts</sup> in an action of the case for witholding sundry goods the perticulars whereof shall appeare by Accompt to the value of about Fifty pounds, with all other due damages. objection being made in behalfe of the Defend<sup>ts</sup> that two persons on distinct Acco<sup>ts</sup> were prosecuted in one Action. On the Question put by the Court, The plaint. declared Shee held to the Action against Peter Thacher: . . . The Jury ∴ . . found for the plaint. That the Defend<sup>t</sup> return the Cloake Sued for, or pay the plaint. three pounds money & costs of Court passed Nineteen Shillings and eight pence.

## Hunt cont<sup>a</sup> Warren

Thomas Hunt or his lawfull Attourny plaint. cont<sup>a</sup> Nicholas Warren Defend<sup>t</sup> for non paym<sup>t</sup> of a bill of Exch<sup>a</sup> of. 600. crowns at. 56<sup>d</sup> ¼ starling in England drawn or charged by Humphry Wilkins in Roven. 14° Feb<sup>r</sup> 1676. at two usance there taken and receiv<sup>d</sup> of John De-Grave and by him charged on s<sup>d</sup> Nic° Warren in London, who accepted to pay the same accordingly, but is not paid; this with interest & damages. . . . The Jury . . . found for the plaint. one hundred ninety Seven pounds two Shillings seven pence mony & costs of Court.

These two Actions were heard and tried at the County Court in Janur° 1679. but Judgement not entred till now according to Law: The Defend<sup>ts</sup> being out of y<sup>e</sup> Colony. [ 641 ]